UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MARK K. JACKSON, JR., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-cv-01884-AGF |
| UNKNOWN BROCK, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On March 27, 2019, the Court ordered the Clerk of Court to issue process on Dr. Unknown Fuentes in her individual capacity pursuant to the waiver agreement the Court maintains with the St. Louis City Counselor's Office. (Docket No. 6). The St. Louis City Counselor's Office has advised that Dr. Fe Fuentes is not an employee of the City of St. Louis, and that all healthcare staffing and services at the St. Louis City Justice Center are provided by Corizon LLC. (Docket No. 8). As such, the Clerk of Court will be directed to issue process on Dr. Fe Fuentes in her individual capacity pursuant to the service agreement the Court maintains with Corizon.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process or cause process to issues on defendant Dr. Fe Fuentes pursuant to the service agreement the Court maintains with Corizon.

Dated this 5th day of April, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE