UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK K. JACKSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-CV-01884 SEP |
| ) | |
| LT. BROCK, et al., ) | |
| ) | |
| Defendant. ) | |

**Memorandum and Order**

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel (Doc. [38]). The Court has twice denied Plaintiff's requests for counsel, explaining that there is no constitutional right to appointed counsel in civil cases; rather, the Court may appoint counsel if warranted by certain factors, such as the complexity of the case and the litigant's ability to investigate the facts and present his claims to the Court. Docs. [6] and [32]. In support of his present, renewed motion, Plaintiff asserts "the nature and complexity of this case has changed," but he does not explain precisely what about this case has changed since the Court's previous order. Consequently, the Court sees no reason to revise its previous ruling at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (Doc. [38]) is **DENIED** at this time.

Dated this   25th   Day of September, 2020.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE